tiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Joseph Lilly* for petitioner. *Mr. Joseph B. Kaufman* for respondent.

---

No. 1079. FEDERAL TRADE COMMISSION *v.* MENNEN COMPANY. June 11, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Solicitor General Beck, Mr. Alfred A. Wheat, Mr. W. H. Fuller* and *Mr. Adrien F. Busick* for petitioner. *Mr. Gilbert H. Montague* for respondent.

---

Nos. 1085 to 1089. UNITED STATES, OWNER, ETC. *v.* MORRIS E. HENDERSON ET AL., TRADING AS PHOENIX PAINT & VARNISH COMPANY. June 11, 1923. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Solicitor General Beck, Mr. Alfred A. Wheat* and *Mr. F. R. Conway* for the United States. *Mr. Otto Wolff, Jr.,* for respondents.

---

No. 1093. SANDUSKY CEMENT COMPANY *v.* A. R. HAMILTON & COMPANY. June 11, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Alton C. Dustin* and *Mr. C. M. Horn* for petitioner. No appearance for respondent.

---

No. 1094. MARY E. McCAMPBELL *v.* NEW YORK LIFE INSURANCE COMPANY. June 11, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Hal Browne* and *Mr. Henry P. Burney* for petitioner. No appearance for respondent.

---

No. 1098. LOCOMOTIVE STOKER COMPANY *v.* ELVIN MECHANICAL STOKER COMPANY. June 11, 1923. Petition for a writ of certiorari to the Circuit Court of Ap-